No. 00–8048. JOHNSON v. GIBSON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–8049. ZENTHOFER v. ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 00–8055. DESMOND v. SNYDER ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–8057. PELLEGRINO v. FITZGERALD ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–8059. BROUSSARD v. ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–8065. CHURCHWELL v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 00–8067. DAVIES v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 00–8068. CASPER v. GUNITE CORP. C. A. 7th Cir. Certiorari denied.

No. 00–8075. RAMIREZ v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 00–8080. BANCROFT v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–8091. GARCIA ESPINOZA v. RUIZ ET UX. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 00–8096. CARLSON v. BUSH, GOVERNOR OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 00–8104. KEARSE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 00–8106. JEFFERSON v. ROCKETT ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–8111. BLOUNT v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–8113. POSADA v. NEAL, WARDEN. C. A. 7th Cir. Certiorari denied.